THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DANNY L. DANIELS,<br><br>            Plaintiff,<br><br>v.<br><br>SCOTT F. GARRETT et al.,<br><br>           Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:21-CV-85 DN<br><br>District Judge David Nuffer |

      Plaintiff, Danny L. Daniels, submitted a civil complaint, yet to be filed. (ECF No. 2.) On November 1, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 8.) He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in nearly three months. (ECF No. 7.)

      IT IS THEREFORE ORDERED that--for failure to prosecute, D. Utah Civ. R. 41-2 (dismissal for failure to prosecute)--Plaintiff's action is administratively CLOSED without prejudice.

      Dated January 3, 2022.

BY THE COURT:

_____
David Nuffer
United States District Judge